May 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE LEONARDO AGUILAR

NO. 14-11-00227-CR

_____

This cause was heard **ON REMAND** from the Court of Criminal Appeals on the transcript of the record of the court below. The record reveals no error in the judgment. The Court orders the judgment be **AFFIRMED**.

We further order this decision certified below for observance.